UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                              Plaintiffs,<br><br>v.<br><br>EUCLID AVENUE, LLC, A California Limited Liability Company; Phillips Appliances, Inc., a California Corporation, and DOES 1-10, Inclusive.,<br><br>                              Defendants. | Case No.:  19cv2384 DMS(LL)<br><br>**ORDER (1) VACATING HEARING DATE AND (2) REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Plaintiff's motion for default judgment is currently scheduled for hearing on October 23, 2020.  In the briefing on this motion, it appears Defendants believed the case had settled, but there was a miscommunication.  Accordingly, the Court refers the parties to the Magistrate Judge for a settlement conference to take place on **November 3, 2020**, at **9:30 a.m.**  The Court will defer ruling on the motion for default judgment pending that conference, and hereby vacates the October 23, 2020 hearing.

**IT IS SO ORDERED**.

Dated:  October 19, 2020

Hon. Dana M. Sabraw
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

19cv2384 DMS(LL)